UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DONALD RAY HALL,     Plaintiff,

v.     Civil Action No. 3:18-cv-492-DJH-RSE

ART TURNER et al.,     Defendants.

\* \* \* \* \*

## ORDER

Although pro se litigants have no constitutional right to the appointment of counsel in civil cases, *see Lanier v. Bryant*, 332 F.3d 999, 1006 (6th Cir. 2003), the Western District of Kentucky has established a Pro Bono Civil Case Protocol (*See* https://www.kywd.uscourts.gov/pro-bono-assistance-opportunities-western-district-kentucky), under which District Judges may determine "when the recruitment of counsel is appropriate based on the particular circumstances of a case." In other words, appointment of counsel for pro se civil litigants may be utilized at the Court's discretion in limited cases where the Court finds that such appointment is warranted.

Given that this case involves atypically complex factual and legal issues, and acknowledging that the next step in the progress of the case is assignment of a trial date, the Court finds that appointment of counsel is justified at this time.

Accordingly, it is hereby **ORDERED** as follows:

    (1)     Pursuant to the Pro Bono Civil Case Protocol and effective immediately, Attorney Thomas C. Gleason of Frost Brown Todd, 400 West Market Street, Suite 3200, Louisville, KY 40202, is **APPOINTED** to serve as pro bono counsel for Plaintiff Donald Ray Hall. Initially, this appointment shall

    be for the limited purpose of preliminary scheduling matters through the date of the telephonic status conference scheduled below in paragraph (3).

(2) Pursuant to the Pro Bono Civil Case Protocol, appointed counsel "must communicate with" the plaintiff "concerning the action." If, after consultation, the plaintiff accepts Mr. Gleason as pro bono counsel, and "agrees to cooperate fully with counsel" and agrees that he "will no longer be allowed to participate in the case on his . . . own" but instead participate through counsel, then by subsequent Order the Court will expand the scope of Mr. Gleason's appointment to full representation of the plaintiff in this matter through trial.

(3) The Court **GRANTS** the motion for a status conference. (D.N. 85) This matter is set for a telephonic status conference on **April 25, 2023, at 10:00 a.m.**  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.  It is anticipated that during the conference the Court will schedule the trial of this matter and set all attendant pretrial deadlines.

(4) Appointed counsel and plaintiff **SHALL** confer in advance of the telephonic status conference and be prepared to inform the Court and opposing counsel whether the appointment of pro bono counsel should be extended, consistent with paragraph (2) above.

(5) If appointed pro bono counsel confirms with plaintiff in advance of the April 25, 2023, telephonic status conference that he shall seek to represent plaintiff through the trial of this matter, then counsel for the parties **SHALL**

        confer in advance of the April 25, 2023 telephonic status conference regarding a potential trial schedule.

(6)    The Clerk of Court is **DIRECTED** to provide a copy of this Order to the Bureau of Prisons who **SHALL** make the necessary arrangements for the plaintiff's conference with counsel and for his participation in the telephonic status conference referenced above in paragraph (3).

March 31, 2023

David J. Hale, Judge
United States District Court