UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DONALD RAY HALL,     Plaintiff,

v.     Civil Action No. 3:18-cv-492-DJH-RSE

ART TURNER et al.,     Defendants.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 93), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. The trial of this matter, currently set for October 24, 2023, is **REMANDED** from the Court's docket. (*See* D.N. 90) All pretrial dates and deadlines are **VACATED**. (*See id.*)

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of entry of this Order in the event the settlement is not consummated.

July 5, 2023

David J. Hale, Judge
United States District Court

cc:     Jury Administrator

1